Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RED TULIP, LLC, Plaintiff, v JUNIA HISSA NEIVA et al., Defendants. (And a Third-Party Action.)

PALM BEACH MORTGAGE MANAGEMENT, LLC, Respondent, v RED TULIP, LLC, et al., Defendants, and JUNIA HISSA NEIVA, Appellant.

Submitted December 10, 2007; decided February 12, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of RIVERKEEPER, INC., Respondent, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants.

In the Matter of RICHARD FEUERMAN et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants.

In the Matter of CROTON WATERSHED CLEAN WATER COALITION, INC., et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants.

In the Matter of CHERIE INGRAHAM et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants.

Submitted December 24, 2007; decided February 12, 2008

Motions for reargument denied [*see* 9 NY3d 219 (2007)].